UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALAINA TROCANO,

    Plaintiff,

v.                                                                  Case No.:  2:23-cv-645-JES-KCD

MICHAEL VIVALDI and
AMERICAN AIRLINES GROUP,
INC.,

    Defendants.
_____/

## ORDER

    Before the Court is Plaintiff Alaina Trocano's Agreed Motion to Join and Substitute American Airlines, Inc. for American Airlines Group, Inc. (Doc. 59.) The parties have agreed to allow plaintiff to correct defendant American Airlines Group, Inc. as American Airlines, Inc. Finding no objection, the Court will allow the amendment, which will be reflected on the docket entry of the Complaint (Doc. 1) correcting American Airlines name.

    Accordingly, it is **ORDERED**:

1. Plaintiff Alaina Trocano's Agreed Motion to Join and Substitute American Airlines, Inc. for American Airlines Group, Inc. (Doc. 59) is **GRANTED**.

2. The Clerk shall correct the case heading on the docket sheet to terminate American Airlines Group, Inc. and correct the name by adding American Airlines, Inc. to the docket with the same counsel.

3. The dispositive motions will remain pending.

**ORDERED** in Fort Myers, Florida this January 22, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record