# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  24-11686-GG
Case Style:  Alaina Trocano v. Michael Vivaldi
District Court Docket No:  2:23-cv-00645-JES-KCD

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing is timely only if received in the clerk's office within the time specified in the rules. **A petition for rehearing must include a Certificate of Interested Persons and a copy of the opinion sought to be reheard.** See 11th Cir. R. 35-5(k) and 40-1.

Costs
No costs are taxed.

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or

cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion

[DO NOT PUBLISH]

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11686

Non-Argument Calendar

_____

ALAINA TROCANO,
an individual,

                                        Plaintiff-Appellee,

*versus*

MICHAEL VIVALDI,
an individual,

                                        Defendant-Appellant,

2                      Opinion of the Court                      24-11686

AMERICAN AIRLINES GROUP, INC,
a foreign profit corporation, et al.,

                                                            Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:23-cv-00645-JES-KCD

_____

Before JILL PRYOR, NEWSOM, and BRASHER, Circuit Judges.

PER CURIAM:

     This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  Defendant Michael Vivaldi appeals the district court's May 16, 2024 order.  That order denied Vivaldi's motion for sanctions and his request that the claims against him, which were previously dismissed without prejudice, be dismissed with prejudice or that he be awarded attorney's fees.  That order is not final because claims against defendant American Airlines, Inc. remain pending.  *See* 28 U.S.C. § 1291; *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1245-46 (11th Cir. 2012).  Furthermore, the order is not immediately appealable under the collateral order doctrine because the request for sanctions and dismissal with prejudice was connected to the merits of the case, and Vivaldi's request for attorney's fees is effectively reviewable on appeal from the final judgment.  *See*

24-11686                Opinion of the Court                    3

*Johnson v. Jones*, 515 U.S. 304, 311 (1995); *Richardson-Merrell, Inc. v. Koller*, 472 U.S. 424, 430-31 (1985).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.