# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11686

_____

ALAINA TROCANO,
an individual,

                                                      Plaintiff-Appellee,

*versus*

MICHAEL VIVALDI,
an individual,

                                                      Defendant-Appellant,

AMERICAN AIRLINES GROUP, INC,
a foreign profit corporation, et al.,

                                                      Defendants.

_____

ISSUED AS MANDATE 10/24/2024

Case 2:23-cv-00645-JES-KCD   Document 85   Filed 10/24/24   Page 2 of 3 PageID 1160
USCA11 Case: 24-11686   Document: 20-1   Date Filed: 10/24/2024   Page: 2 of 2

2                                                                                                                                24-11686

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:23-cv-00645-JES-KCD

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 2, 2024

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

October 24, 2024

Clerk - Middle District of Florida
U.S. District Court
U.S. Courthouse and Federal Building
2110 1ST ST
FORT MYERS, FL 33901

Appeal Number: 24-11686-GG
Case Style: Alaina Trocano v. Michael Vivaldi
District Court Docket No: 2:23-cv-00645-JES-KCD

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate