IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

_____
                              )
**ALAINA TROCANO**,           )
                              )
    Plaintiff,              )
                              )
    v.                      )  Case No. 2:23-cv-00645-JES-KCD
                              )
**AMERICAN AIRLINES, INC.**,  )
                              )
    Defendant.              )
_____)

**JOINT MOTION TO EXTEND
MEDIATION DEADLINE BY TWENTY-FIVE DAYS**

Plaintiff Alaina Trocano ("Trocano") and Defendant American Airlines, Inc. ("American Airlines"), by and through their undersigned counsel hereby jointly move the Court to extend the deadline to complete mediation in this matter by twenty-five days. In support thereof, the Parties state the following:

1. The deadline to complete mediation is November 8, 2024. (See ECF No. 21.)

2. The Parties agree that mediation is most likely to be successful if it is conducted after the Plaintiff's deposition.

3. The Parties have agreed that Plaintiff's deposition will take place on November 12, 2024.

4. The Parties' originally agreed upon mediator is not available to conduct mediation soon after Plaintiff's deposition. The Parties have agreed to conduct

mediation with Bradford D. Kimbro, Esq. instead. Mr. Kimbro is a Certified Mediator with the United States District Court for the Middle District of Florida, Ft. Myers Division.

5. The Parties, counsel and Mr. Kimbro are all available for mediation on December 3, 2024, a day that is being held pending the Court's consideration of this Motion.

6. The Parties respectfully request the Court extend the deadline to mediate to December 3, 2024.

7. No party has previously requested any extensions of any deadlines set forth in the Scheduling Order and extending the mediation deadline as requested herein will not require the extension of any other deadlines.

8. The Parties make this request for good cause and note that extending the mediation deadline will not result in undue delay or prejudice to any party.

WHEREFORE, the Parties jointly request the Court extend the mediation deadline to December 3, 2024.

Dated: October 25, 2024.             Respectfully submitted,

| | |
|---|---|
| By:*/s/ Enrique Nieves, III*<br>Enrique Nieves, III<br>Florida Bar No. 41736<br>Enrique.nieves3@gmail.com<br>Kevin Drummond<br>Florida Bar No. 1002238<br>intake@tbllf.com<br>eservice@tbllf.com<br>Blue Line Law Firm, PLLC<br>1645 Palm Beach Lakes Blvd.<br>Suite 1200<br>West Palm Beach, FL 33401<br><br>*Attorneys for Plaintiff* | By:*/s/ Garrett S. Kamen*<br>Garrett S. Kamen<br>Florida Bar No. 125854<br>gkamen@fisherphillips.com<br>Fisher Phillips LLP<br>201 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>Tel. (954) 525-4800<br><br>Daniel E. Farrington<br>DC Bar No. 25755 *(Admitted Pro Hac Vice)*<br>dfarrington@fisherphillips.com<br>Lauren G. Goetzl<br>DC Bar No. 1016358 *(Admitted Pro Hac Vice)*<br>lgoetzl@fisherphillips.com<br>Fisher & Phillips LLP<br>1401 New York Avenue, Suite 400<br>Washington, DC 20005<br>Tel. (202) 429-3706<br><br>*Attorneys for American Airlines, Inc.* |