```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

ALAINA TROCANO, an individual,

       Plaintiff,

v.                         Case No: 2:23-cv-645-JES-KCD

AMERICAN AIRLINES, INC., a foreign profit corporation

       Defendant.

_____

**ORDER**

This matter comes before the Court on review of the file. On October 10, 2023, the Court issued a Case Management and Scheduling Order (Doc. #21) setting the deadlines for the case. Due to a scheduling conflict on the Court's calendar, the trial date will be moved up to the May 2025, trial term from June 2025. The Court will also adjust the corresponding deadlines. The Motion for Summary Judgment (Doc. #88) remains pending and under advisement.

Accordingly, it is now

**ORDERED:**

The following new deadlines shall apply to the remainder of the case. A separate Notice will also issue.

| | |
|---|---|
| Final Pretrial Meeting | March 28, 2025 |
| Motions in Limine | April 7, 2025 |
| Joint Final Pretrial Statement, Proposed Jury Instructions and Verdict Form, | April 11, 2025 |

| Final Pretrial Conference | April 25, 2025, at 9:30 AM |
| Monthly Trial Term (Jury) | May 5, 2025 |

**DONE AND ORDERED** at Fort Myers, Florida, this __3rd__ day of March 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record